31727. LOTT et al. v. INGRAM et al.

GUNTER, Justice.

This case is related to *Ingram v. Lott,* 238 Ga. 513. It is a cross appeal in that case.

The *Ingram* parties have challenged the timeliness of the appeal, whether it be denominated a direct appeal or a cross appeal.

The *Lott* parties contend that the trial judge erred in not voiding the entire primary election and in refusing to hold that the probate judge was ineligible to act as

superintendent of the primary election. These rulings were contained in the trial court's judgment of September 20, and they were correct. The *Lott* parties' contentions here are without merit.

Therefore, irrespective of the timeliness of the appeal or cross appeal, the judgment below must be affirmed.

*Judgment affirmed. All the Justices concur.*

SUBMITTED OCTOBER 20, 1976 — DECIDED MARCH 10, 1977.

*D. D. Veal,* for appellants.
*Roosevelt Warren, Al Horn,* for appellees.